IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LISA HULL**,

**Plaintiff,**

v.

**SOUTHERN ILLINOIS RIVERBOAT,
CASINO CRUISES, INC., d/ba/
Harrah's Riverboat Casino,**

**Defendant.**                                                                 **No. 10-0520-DRH**

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's August 18, 2010 motion to dismiss for lack of subject matter jurisdiction (Doc. 4). Plaintiff does not oppose the motion (Doc. 6). Accordingly, the Court **GRANTS** the motion. The Court **DISMISSES** without prejudice Plaintiff's cause of action for lack of subject matter jurisdiction. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 20th day of September, 2010.

/s/    David R. Herndon
**Chief Judge
United States District Court**